NO.
12-06-00215-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

DANIEL JAMES ADAMS,  §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
pleaded guilty to intoxication manslaughter. 
The trial court assessed punishment at imprisonment for fifteen
years.  We have received the trial court’s
certification showing that Appellant waived his right to appeal.  See Tex.
R. App. P. 25.2(c)(3)(B). 
Accordingly, the appeal is dismissed for want of
jurisdiction.

Opinion delivered June 30,
2006.

Panel consisted of Worthen, C.J. and Griffith, J.

 

 

 

 

 

(DO NOT PUBLISH)